[No. 23616-1-III. Division Three. February 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SABRINA MARIE KENDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02342-7, Kathleen M. O'Connor, J., entered November 22, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 56567-2-I. Division One. February 26, 2007.]

NICHOLAS ROCKEFELLER, *Appellant*, v. SETH LANDAU ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-17561-7, Terence Lukens and Richard A. Jones, JJ., entered December 7, 2004 and June 29, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Ellington, JJ.

[No. 56579-6-I. Division One. February 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ARNOLD BYE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08613-1, Laura C. Inveen, J., entered June 24, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Cox, JJ.

[No. 56812-4-I. Division One. February 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC G. BAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02484-1, Stephen J. Dwyer, J., entered July 26, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Ellington, J. Now published at 137 Wn. App. 709.